**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michael Jones De Souza,<br><br>Petitioner,<br><br>v.<br><br>Plymouth County Jail Facility, et al,<br><br>Respondent[s]. | Civil Action No. 26-CV-12968-AK |

**ORDER CLOSING CASE**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 20] entered on 8/18/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **CLOSED**.

Dated: 9/8/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk